# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2009

Marilyn Kelly,
Chief Justice

138311

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

ARDYTHE J. WILLIAMS,
      Plaintiff-Appellant,

v

      SC: 138311
      COA: 280938
      Benzie CC: 06-007813-CH

MEREDITH LOU THARP,
      Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the January 15, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2009

_____
Clerk

s0518